**RONALD A. KATZ TECHNOLOGY LICENSING, L.P., Plaintiff–Appellant,**

v.

**VERIZON COMMUNICATIONS INC., Defendant–Appellee,**

and

**Cellco Partnership (doing business as Verizon Wireless), Defendant.**

No. 03–1301.

United States Court of Appeals, Federal Circuit.

Aug. 6, 2004.

Roderick R. McKelvie, Principal Attorney, Fish & Neave, Washington, DC, Robert B. Wilson, of Counsel, Fish & Neave, New York, NY, Christina M. Sarris, James E. Hopenfeld, of Counsel, Fish & Neave, Washington, DC, Michael A. Morse, of Counsel, Miller, Alfano, Philadelphia, PA, for Plaintiff–Appellant.

William C. Rooklidge, Principal Attorney, Howrey, Simon, Irvine, CA, Henry A. Petri, Jr., of Counsel, Howrey, Simon, Houston, TX, Adam T. Bernstein, of Counsel, Verizon Communications, New York, NY, Matthew J. Moore, of Counsel, Dorsey & Whitney, Washington, DC, Kevin G. Baer, Mark D. Wegener, of Counsel, Howrey Simon, Washington, DC, for Defendant–Appellee.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).